**No. 09-9466. Thomas Joseph Cutaia, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections, et al.**

561 U.S. 1047, 131 S. Ct. 35, 177 L. Ed. 2d 1125, 2010 U.S. LEXIS 5579.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 907, 130 S. Ct. 3279, 176 L. Ed. 2d 1189, 2010 U.S. LEXIS 3887.